OPINION — AG — QUESTION: "WHERE A JUSTICE OF THE PEACE COLLECTS FEES DUE THE COUNTY IN CRIMINAL CASES, MAY BE LAWFULLY USE THE SAME TO PAY FEES DUE HIM IN OTHER CRIMINAL CASES IN WHICH HIS FEES CANNOT BE COLLECTED?" — NEGATIVE CITE: 28 O.S. 1961 38 [28-38], 28 O.S. 1961 53 [28-53], 39 O.S. 1961 13 [39-13], 39 O.S. 1961 14 [39-14], 39 O.S. 1961 15 [39-15] [39-15], 28 O.S. 1961 38 [28-38], 39 O.S. 1961 13 [39-13] (FINIS STEWART)